IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02566-WDM-BNB

CHAD HERNIAK,
LARRY SHEA,
ANTONIO BROADUS,
ROBERT BUDYNAS,
KEVIN FREEMAN,
HAROLD HALL III,
DAVID OLIVER,
BRIAN PHELPS,
GREG WILLIAMS, and
BRIAN WOODRUFF, individually and on behalf of other similarly situated individuals,

Plaintiffs,

v.

WASTE MANAGEMENT, INC., and
WASTE MANAGEMENT OF COLORADO, INC.,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Joint Motion for Temporary Stay of Proceedings** [Doc. # 13, filed 12/31/2009] (the "Motion"). The parties request that the case be stayed for approximately 45 days to allow them to continue settlement discussions presently underway. In addition, the defendants request that the deadline for their response to *Plaintiffs' Collective Action Complaint* [Doc. # 1] be extended. Good cause having been shown:

IT IS ORDERED that the Motion is GRANTED. The case is stayed to and including **February 15, 2010**.

IT IS FURTHER ORDERED that the parties shall file a status report on or before **February 15, 2010**, informing me of their progress toward settlement.

IT IS FURTHER ORDERED that the defendants shall answer or otherwise respond to the *Plaintiffs' Collective Action Complaint* on or before **February 22, 2010**.

Dated January 4, 2010.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge