IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  09-cv-02566-WDM-BNB

CHAD HERNIAK,
LARRY SHEA,
ANTONIO BROADUS,
ROBERT BUDYNAS,
KEVIN FREEMAN,
HAROLD HALL III,
DAVID OLIVER,
BRIAN PHELPS,
GREG WILLIAMS, and
BRIAN WOODRUFF, individually and on behalf of other similarly situated individuals,

Plaintiffs,

v.

WASTE MANAGEMENT, INC., and
WASTE MANAGEMENT OF COLORADO, INC.,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Second Joint Motion for Temporary Stay of Proceedings** [Doc. # 18, filed 2/16/2010] (the "Second Motion").  The parties request that the case be stayed for an additional 60 days to allow them to finalize a resolution of the dispute.

IT IS ORDERED that the Second Motion is GRANTED.  The case is stayed to and including **April 17, 2010.**

IT IS FURTHER ORDERED that on or before **April 17, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a), or a status report addressing why dismissal has not been accomplished.

Dated February 17, 2010.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge