IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-02566-WDM-BNB

CHAD HERNIAK,
BRIAN PHELPS,

    Plaintiffs,

v.

WASTE MANAGEMENT, INC. and
WASTE MANAGEMENT OF COLORADO, INC.,

    Defendants.

---

## NOTICE OF DISMISSAL OF CERTAIN CLAIMS ONLY

---

The court takes judicial notice that all parties except Brian Phelps have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly, the complaint as to all parties but Brian Phelps is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on April, 19, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL