IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.09-cv-02566-WDM-BNB

BRIAN PHELPS,

    Plaintiff,

v.

WASTE MANAGEMENT, INC., et al.,

    Defendants.

_____

**ORDER**
_____

    There being no response to the Defendants' Motion to Dismiss or my August 24, 2010 Order to Show Cause, it is now ordered that the Motion to Dismiss (ECF No. 27) is granted and the complaint is dismissed without prejudice.

    DATED at Denver, Colorado, on September 8, 2010

                                  BY THE COURT:

                                  s/ Walker D. Miller
                                  United States District Judge